People of the State of Illinois, Defendant in Error, v. Alvin C. Rithamel (Impleaded), Plaintiff in Error.

Gen. No. 47,120. 

First District, Second Division.

May 21, 1957.

Released for publication June 18, 1957.

Julius L. Sherwin, and Theodore R. Sherwin, for plaintiff in error; Benjamin S. Adamowski, State's Attorney (L. Louis Karton, and William L. Carlin, Assistant State's Attorneys, of counsel) for defendant in error. Opinion by JUDGE SCHWARTZ. Not to be published in full.